In the Matter of the Proceeding under the Grade Crossing Elimination Act for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by The New York Central Railroad Company and Syracuse-Watertown County Highway No. 278 (Plank Road), Located About Twenty-five One-Hundredths Mile South of Central Square Station in the Town of Hastings, Oswego County. (Case No. 4741.) — Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.